**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQU** | **CASE NO. 5:21-CV-01081** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **HEARD MCELROY & VESTAL L L C** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge[Doc. No. 16] having been considered, together with the Objection [Doc. No. 17] filed by Plaintiff on July 12, 2021, the Response [Doc. No. 18] filed by Defendants on July 12, 2021, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Remand [Doc. No. 11] filed by Defendant Heard McElroy & Vestal LLC, is hereby **GRANTED**, and that the above-captioned cause be, and it is hereby **REMANDED** to the First Judicial District Court for Caddo Parish, State of Louisiana. 28 U.S.C. § 1447(c).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant's request for costs, fees, and/or expenses is **GRANTED** and Plaintiff is ordered to pay Defendant $7,500.00 for its costs and fees in filing its Motion to Remand.

MONROE, LOUISIANA, this 12th day of July 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE